UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEMONTA EADY and DEBORAH EVANS,

    Plaintiffs,

v.      Case No. 3:17-cv-1008-J-32PDB

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

## O R D E R

This case is before the court on Plaintiffs' Notice of Dismissal of TCPA Claims Only and Without Prejudice. (Doc. 54). This Notice purports to dismiss the TCPA claims in Count I of the First Amended Class Action Complaint without prejudice. Plaintiffs state that Defendant does not object to the dismissal without prejudice of the TCPA claims. The Court construes the Notice as an unopposed motion to amend the pleadings under Federal Rule of Civil Procedure 15(a)(2).

Accordingly, it is hereby

**ORDERED:**

1. Plaintiffs' Notice of Dismissal of TCPA Claims Only and Without Prejudice (Doc. 54), construed as an unopposed motion to amend the pleadings under Federal Rule of Civil Procedure 15(a)(2), is **GRANTED**.

2. Plaintiffs' claims pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq. against Defendant, appearing in Count I of their First Amended Class Action Complaint (Doc. 13), are **DISMISSED without prejudice**.

3. No later than **October 11, 2019**, Plaintiffs should file a Second Amended Class Action Complaint, deleting the TCPA references. No later than **October 25, 2019**, Defendant should answer the Second Amended Class Action Complaint.

4. The case remains open.

**DONE AND ORDERED** in Jacksonville, Florida the 25th day of September, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies:

Counsel of record