UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEMONTA EADY and DEBORAH EVANS,

    Plaintiffs,

v.                                     Case No.   3:17-cv-1008-J-32PDB

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

## **O R D E R**

Upon review of Stipulation of Dismissal (Doc. 56), filed on October 9, 2019, the claims brought by Demonta Eady and Deborah Evans are dismissed with prejudice, and the claims brought on behalf of the absent putative class members are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of October, 2019.

                                                                TIMOTHY J. CORRIGAN
                                                               United States District Judge

jb
Copies:

Counsel of record